UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU A. TORIGIAN,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No.: 1:14-cv-00013 - JLT<br><br>ORDER SETTING BRIEIFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS |

Plaintiff Marilou Torigian initiated this action by filing a complaint on January 3, 2014, seeking judicial review of the administrative decision denying her application for Social Security benefits. (Doc. 1.) On May 22, 2014, Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, filed a motion to dismiss, asserting the complaint should be dismissed because it was not filed within the time permitted by 42 U.S.C. § 405(g). (Doc. 7.) Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff **SHALL** file a response to the motion to dismiss no later than **June 6, 2014**; and
2. Any reply by Defendant **SHALL** be filed no later than **June 13, 2014**.

IT IS SO ORDERED.

Dated:   **May 23, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1