**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILOU A. TORIGIAN,<br><br>              Plaintiff,<br><br>     vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | ) Case No.: 1:14-cv-00013-JLT<br>)<br>) ORDER GRANTING THE STIPULATION<br>) TO  DISMISS<br>)<br>) (Doc. 10)<br>)<br>)<br>)<br>)<br>) |

        Based upon the stipulation of the parties (Doc. 10), the matter is dismissed with

prejudice, each party to bear its own fees, costs, and expenses.


IT IS SO ORDERED.

     Dated:   __June 9, 2014__                    _____/s/ Jennifer L. Thurston_____
                                                UNITED STATES MAGISTRATE JUDGE